EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 5 2004

at __ o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR04 00292 SOM |
| Plaintiff, | INDICTMENT |
| vs. | Count 1: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) |
| JOSEPH PERREIRA, | Count 2: 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| Defendant. | Count 3: 18 U.S.C. § 924(c)(1)(A) |
| | Count 4: 21 U.S.C. §§ 841(a)(1) § 841(b)(1)(B) |

**INDICTMENT**

## COUNT 1
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B))

The Grand Jury charges:

On or about December 10, 2002, in the District of Hawaii, defendant JOSEPH PERREIRA did knowingly and intentionally possess with intent to distribute in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2
(18 U.S.C. §§ 922(g)(1) & 924(a)(2))

The Grand Jury further charges that:

On or about December 10, 2002, in the District of Hawaii, the defendant JOSEPH PERREIRA, having been previously convicted of a crime punishable by a term of imprisonment of greater than one year, did knowingly possess in and affecting commerce firearms, to wit: (a) an unloaded Weatherby .30-06 caliber bolt action rifle with scope, bearing serial number H219689; and (b) a loaded Interarms Model 22ATD .22 caliber rifle, bearing serial number 903544; and ammunition, to wit: (a) nine rounds of .30-06 caliber ammunition; (b) nine rounds of .22 caliber ammunition; and (c) 14 rounds of Winchester 30-30 caliber ammunition, with both of the firearms and all the ammunition having been manufactured outside the State of Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT 3**
(18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges that:

On or about December 10, 2002, in the District of Hawaii, the defendant JOSEPH PERREIRA did carry firearms, to wit, an unloaded Weatherby .30-06 caliber bolt action rifle with scope, bearing serial number H219689, and a loaded Interarms Model 22ATD .22 caliber rifle, bearing serial number 903544, during and in relation to a drug trafficking crime, to wit, the drug trafficking crime charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 4**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B))

The Grand Jury further charges:

On or about April 3, 2003, in the District of Hawaii, defendant JOSEPH PERREIRA did knowingly and intentionally possess with intent to distribute in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Sentencing Allegations

1) With respect to Count 1, the defendant possessed more than 20 grams but less than 35 grams of a substance containing d-methamphetamine hydrochloride of at least 80% purity;

2) With respect to Count 1, the defendant possessed a dangerous weapon (i.e., the loaded Interarms Model 22ATD .22 caliber rifle, bearing serial number 903544);

3) With respect to Count 2, the defendant used and possessed the loaded Interarms Model 22ATD .22 caliber rifle, bearing serial number 903544, in connection with another felony offense, that is, the possession with the intent to distribute methamphetamine as charged in Count 1; and

4) With respect to Count 4, the defendant possessed more than 20 grams but less than 35 grams of a substance containing d-methamphetamine hydrochloride of at least 80% purity.

DATED: August 5, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. JOSEPH PERREIRA
Cr. No.        (Indictment)